**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Travis Oneal GOVAN, Defendant–Appellant.**

**No. 16-6651**

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Travis Oneal Govan, Appellant Pro Se. John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Oneal Govan appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Govan, No. 5:06–cr–00750–MBS–1 (D.S.C. Apr. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED